IN RE RESIGNATION OF PALMER.

[Cite as *In re Resignation of Palmer* (1996), 75 Ohio St.3d 1201.]

(No. 96–232—Submitted February 21, 1996—Decided March 6, 1996.)

The resignation as an attorney of Jack Harold Palmer of Defiance, Ohio, Attorney Registration No. 0010089, is accepted.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

IN RE RESIGNATION OF RENSHAW.

[Cite as *In re Resignation of Renshaw* (1996), 75 Ohio St.3d 1201.]

(No. 96–233—Submitted February 21, 1996—Decided March 6, 1996.)

The resignation as an attorney of Robert Eugene Renshaw of Dayton, Ohio, Attorney Registration No. 0033739, is accepted.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.